

FILED

JUN 2 5 2012

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                     DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | (For **Revocation** of Supervised Release) |
| Jose Alejandro Francisco-Reyes (1) | (For Offenses Committed On or After November 1, 1987) |

CASE NUMBER: 10CR2861-W

Joseph Milchen
Defendant's Attorney

**REGISTRATION No.** 20542298

THE DEFENDANT:

X    was found in violation based on his conviction    in 12CR1271-L

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

| **Allegation Number** | **Nature of Violation** |
|---|---|
| One (nv1) | Committed Law Violation |

        The defendant is sentenced as provided in pages 2 through      2     of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

        IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

JUNE 25, 2012
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

DEFENDANT: Jose Alejandro Francisco-Reyes (1)
CASE NUMBER: 10CR2861-W

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 4  months, to run consecutive to the sentence imposed in 12CR1271-L

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal